IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DAVID LAMARR LOVE,<br><br>    Plaintiff,<br><br>    v.<br><br>INSPECTOR MICHAEL MORALES, JOHN DOE,<br><br>    Defendants. | CIVIL ACTION NO.: 4:20-cv-83 |

**O R D E R**

The decision in the above-styled action having been affirmed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED AND ADJUDGED** that the Mandate of the United States Court of Appeals is made the Order of this Court.

**SO ORDERED**, this 15th day of December, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA