IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DAVID LAMARR LOVE,

    Plaintiff,

  v.

INSPECTOR MICHAEL MORALES; and JOHN DOE,

    Defendants.

CIVIL ACTION NO.: 4:20-cv-83

**O R D E R**

The decision in the above-styled action having been affirmed by the United States Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED AND ADJUDGED that the Mandate of the United States Court of Appeals is made the Order of this Court.

**SO ORDERED**, this 27th day of August, 2024.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA